UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60134-CR-ZLOCH/Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL WHITE, et al.

    Defendants.

## O R D E R

THIS CAUSE is before the Court on CJA counsel David Hodge's Motion to Withdraw as Attorney of Record (DE 56) for defendant **Donald Frank**. A hearing was held on the motion on July 25, 2007. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. David Hodge, Esquire, is hereby released from any further duties in this cause. Substitute CJA counsel will be appointed by separate order.

DONE AND ORDERED at Fort Lauderdale, Florida, this 27th day of July, 2006, *nunc pro tunc* to July 25, 2007.

                                              LURANA S. SNOW
                                              UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Scott Behnke (FTL)
AFPD Pat Hunt (FTL)
Alexandra Rengel, Esq.
Glenn Kritzer, Esq.
Rodney Bryson, Esq.

David Hodge, Esq.